Appendix A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Jacqueline Y. Cooper § 
§
versus § CIVIL ACTION NO. _____
§
Beaumont ISD Police Dept. §
§
§

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This action is brought under Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2. The Plaintiff is: Jacqueline Yvette Cooper

   Address: 2303 Leffingwell St.
   Houston, Tx 77026

   County of Residence: Harris County

3. The defendant is: Beaumont ISD Police Dept.

   Address: 1025 Woodrow St.
   Beaumont Tx 77705

☐ Check here if there are additional defendants. List them on a separate sheet of paper with their complete addresses.

4. The plaintiff has attached to this complaint a copy of the charges filed on _____ with the Equal Opportunity Commission.

5. On the date of  1-25-2018  , the plaintiff received a Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission; a copy is attached.

6. Because of the plaintiff's:

(a) ☑ race

(b) ☐ color

(c) ☑ sex

(d) ☐ religion

(e) ☐ national orgin,

the defendant has:

(a) ☐ failed to employ the plaintiff

(b) ☑ terminated the plaintiff's employment

(c) ☐ failed to promote the plaintiff

(d) ☐ other: _____

_____

_____

7. When and how the defendant has discriminated against the plaintiff:

Discriminated against because I was the only black female in the department working with other male officers other colors and had me working all the overtime. At that time was off on FLMA with my disability other male officers were allow to go home and I had to stay.

8. The plaintiff requests that the defendant be ordered:

(a) ☑ to stop discriminating against the plaintiff

(b) ☐ to employ the plaintiff

(c) ☐ to re-employ the plaintiff

(d) ☐ to promote the plaintiff

(e) ☐ to _Compensate the plaintiff for lost wages emontional distress._ _____ and that;

(f) ☐ the Court grant other relief, including injunctions, damages, costs and attorney's fees.

_____
(Signature of Plaintiff)

Address: 2303 Leffingwell St. Houston, Texas 77026

Telephone: (832) 996-7998